EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | [ ] FEPA  [X] EEOC | 423-2011-01313 |

and EEOC
_____
State or local Agency, if any

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mrs. Denise Taylor | (601) 259-6842 | 09-11-1962 |

Street Address: 517 Windsor Drive, Brandon, MS 39047

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| JACKSON STATE UNIVERSITY | Unknown | (601) 979-2015 |

Street Address: 1400 Lynch Street, Jackson, MS 39217

DISCRIMINATION BASED ON (Check appropriate box(es).):
[ ] RACE  [ ] COLOR  [X] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN
[X] RETALIATION  [ ] AGE  [ ] DISABILITY  [ ] GENETIC INFORMATION
[ ] OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 04-08-2011    Latest: 06-30-2011
[ ] CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was employed at Jackson State University as the Head Women's Basketball Coach. During the course of my employment I have been treated disparately from male coaches and subjected to harassment, intimidation, and falsely accused because of Jackson State University's discriminatory practices.

I complained about unfair treatment as a female coach on or about March 31, 2011 to the president of Jackson State University. On April 8, 2011 I was suspended and subsequently discharged on June 30, 2011. I believe I have been discriminated against because of my Sex, Female and Retaliation in violation of Title VII of the Civil Rights Act of 1964, as amended, Since:

  A. Male coaches are not treated in the same or similar manner.

RECEIVED JUL 07 2011 EEOC/JAO

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Jul 07, 2011
Date — Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS
(month, day, year)

EXHIBIT A