# Employment Contract
## Board of Trustees of State Institutions of Higher Learning

This **Employment Contract** is made and entered into by and between The Board of Trustees of State Institutions of Higher Learning of the State of Mississippi, hereinafter called **the Board**, and _Denise Taylor_, hereinafter called **the Employee**.

**The Employee** is hereby employed as _Head Basketball ~~Coach~~ Coach for the University's Women's Basketball Program_

at **Jackson State University**, herein called **the University**, for the period beginning _July 1, 2010_ and ending on _June 30, 2013_, at and for the sum of $ _91,000.00_, payable in _12_ monthly installments starting at the close of the months of _July_ through _June_, inclusive.

This employment contract is subject to the following terms and conditions:

1. The laws of the State of Mississippi and the policies and by-laws of **the Board**.
2. **The Board** reserves the right to increase or decrease said monthly salary at any time during the life of this contract. Any decrease shall be made only when and if necessary to keep expenditures of **the University** within that part of the legislative appropriation allotted to **the University** for the period covered by this contract and shall be effective only from and after the date of the passage of an order by **the Board**.
3. **The Board** shall have the authority to terminate this contract at any time for the following:
   a. Financial exigencies as declared by **the Board**;
   b. Termination or reduction of programs, academic, or administrative units as approved by **the Board**;
   c. Malfeasance, inefficiency, or contumacious conduct;
   d. For cause.
4. In the event **the Employee** abrogates this contract for his/her convenience, **the Board** shall then fix the time and conditions of termination.
5. Special Provisions:
   ☐ None
   ☒ Attached Clause(s) _Employment Contract and Addendum- ATH-2 (NCAA Violation and Change of Duties)_

In witness whereof, the parties hereto have executed this Employment Contract on this the _____ day of _____, 20 ___

_____ (EMPLOYEE SIGNATURE)        _____ (FOR THE BOARD)

**EXHIBIT D**

6/00
WHITE - Human Resources     CANARY - H_____ R_____

Page ___ of ___

# Employment Contract
# Attached Clause (Codes must be listed on face of contract.)

### Athletics
### (NCAA Violation and Change of Duties)

Code: ATH-2

**The Employee** acknowledges that involvement in a deliberate and serious violation of any law, regulation, rule, by-law, policy or constitutional provision of the State of Mississippi, **the Board**, the NCAA, conference or any other governing authority may result in suspension without pay and/or termination of this contract. In addition, **the University** specifically reserves the right to assign duties, to transfer, reassign, or otherwise change the duties of **the Employee** during the term of this contract.

For the purposes of this agreement and NCAA violation shall include failure to meet NCAA standards with respect to the Academic Progress Rate (APR). The Employee shall promote an environment which is conducive to student athletic academic achievement, as measured by academic eligibility, retention, and graduation, and which is monitored by the NCAA via the APR. Failure to meet NCAA goals may result in suspension without pay and/or termination of this contract.