IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**DENISE TAYLOR-TRAVIS**                                    **PLAINTIFF**

V.                                        CIVIL ACTION NO. 3:12-CV-51 HTW-LRA

**JACKSON STATE UNIVERSITY**                                **DEFENDANT**

**FORM OF THE VERDICT**

YOUR VERDICT MUST BE UNANIMOUS. PLEASE PLACE AN "X" ON THE APPROPRIATE SPACE.

1. Was Plaintiff terminated because of her gender?
   Yes _____    No __X__

2. Was Plaintiff terminated in retaliation for engaging in protected activity under Title VII?.
   Yes _____    No __X__

3. Was Plaintiff terminated in retaliation for engaging in protected activity under Title IX?
   Yes _____    No __X__

4. Was Plaintiff terminated by Jackson State in breach of her employment agreement with the University?
   Yes __X__    No _____

5. If your answer to number 4 is YES, did Jackson State breach the implied covenant of good faith and fair dealing?
   Yes __X__    No _____

If you answered "No" to Questions 1, 2, 3, 4, and 5, your deliberations are complete. Have your Foreperson sign in the space provided, and inform the court that you have completed your deliberations. If you answered "Yes" to either Questions 1, 2, or 3 proceed to Questions 6 and 7.

6. If you answered "YES" to Questions 1, 2, or 3 what amount of damages do you award Plaintiff for back pay losses? $_____ .

7. If you answered "YES" to Questions 1, 2, 3, or 5, what amount of damages, if any, do you award Plaintiff for compensatory damages? $ *- 0 -*_____ .

If you answered "YES" to Question 4, refer to the contractual provisions $182,000.

**SO SAY WE ALL:**

DATED THIS THE ____3____ DAY OF *December*_____, 2013.

FORM OF THE VERDICT
Civil Action No. 3:12cv51HTW-LRA