IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**DENISE TAYLOR-TRAVIS**                                          **PLAINTIFF**

**V.**                                       **CIVIL ACTION NO. 3:12cv51 HTW-LRA**

**JACKSON STATE UNIVERSITY**                                  **DEFENDANT**

## AGREED ORDER

Pursuant to a Status Conference held on March 7, 2014 in this matter, the parties have agreed to the following scheduling order:

1. Plaintiff's counsel shall have until 5:00 PM on Monday, March 10, 2014 to submit any additional authorities on the state law claim for invasion of privacy.

2. Defendant's counsel shall have until 5:00 PM on Wednesday, March 12, 2014 to reply to and submit any additional authorities on the state law claim for invasion of privacy.

3. Oral Argument on the measure of liability and damages will be held on Tuesday, March 18, 2014 at 10:00 AM.

SO ORDERED AND ADJUDGED, this the 10th day of March 2014.

                                                     s/ HENRY T. WINGATE
                                                     HONORABLE HENRY T. WINGATE
                                                     United States District Court Judge

Agreed and Approved:

| | |
|---|---|
| s/Louis H. Watson, Jr. | s/LaToya C. Merritt |
| LOUIS H. WATSON, JR. | LATOYA C. MERRITT |
| ATTORNEY FOR PLAINTIFF | ATTORNEY FOR DEFENDANT |