# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

DENISE TAYLOR-TRAVIS                                                     PLAINTIFF

vs.                                                    Civil Action No. 3:12-cv-51 HTW-LRA

JACKSON STATE UNIVERSITY                                      DEFENDANT

## JUDGMENT ON JURY AND BENCH VERDICT

This matter came on to be tried before this court and a jury composed of eight (8) persons.

The jury found for the defendant on the plaintiff's gender discrimination and retaliation claims. The jury, however, found for the plaintiff on her breach of contract claim and breach of the implied covenant of good faith and fair dealing. For damages, the jury awarded plaintiff $182,000.00 for contractual damages.

Thereafter, this matter came before the court for a bench trial.

The court found in favor of the plaintiff on her claim of invasion of privacy and emotional distress. The court, however found in favor of the defendant on the plaintiff's claim for future pecuniary losses. For damages, the court awarded plaintiff $200,000.00 for emotional distress.

IT IS, THEREFORE, ORDERED AND ADJUDGED that judgment is entered in favor of the plaintiff on her claims of breach of contract, breach of the implied covenant of good faith and fair dealing, invasion of privacy, and emotional distress. The plaintiff is

entitled to the damages awarded by the jury and the court.

This matter is dismissed with prejudice.  Plaintiff is entitled to her costs of court.

**SO ORDERED AND ADJUDGED, this the 1st day of August, 2014.**

                                          **s/ Henry T. Wingate**
                                       UNITED STATES DISTRICT COURT JUDGE