# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**DENISE TAYLOR-TRAVIS**                                                                 **PLAINTIFF**

vs.                                                 **CIVIL ACTION No.: 3:12-CV-51-HTW-LGI**

**JACKSON STATE UNIVERSITY**                                                       **DEFENDANT**

## FINAL JUDGMENT

Before this court is the Judgment and Mandate of the United States Fifth Circuit Court of Appeals which affirmed this court's ruling on the plaintiff's breach of contract and breach of the implied covenant of good faith and fair dealing but reversed in part this court's ruling on the invasion of privacy claim. This court, in accordance with the Fifth Circuit's Memorandum Opinion and Order, hereby enters its Final Judgment dismissing Plaintiff's Invasion of Privacy Claim **WITH PREJUDICE**.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the claim for invasion of privacy asserted by the plaintiff be, and is DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED AND ADJUDGED that the parties are to bear the costs as already taxed by this court.

SO ORDERED AND ADJUDGED this the 19th day of March, 2021.

                  s/ HENRY T. WINGATE
                  **UNITED STATES DISTRICT COURT JUDGE**